The People of the State of New York, Respondent, 
against
Nyoka McKenzie, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Bianka Perez, J.) rendered October 3, 2017, convicting her, upon her plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Bianka Perez, J.), rendered October 3, 2017, affirmed. 
The record establishes that the defendant's guilty plea to disorderly conduct, a violation, in satisfaction of all charges in the misdemeanor complaint, was knowing, intelligent and voluntary (see People v Conceicao, 26 NY3d 375 [2015]). At the plea proceeding, defendant stated that she had ample time to discuss her case with counsel, waived specific constitutional rights, and acknowledged that she would be sentenced to a conditional discharge, and must live a law-abiding life for one year.
In any event, the only relief defendant requests is dismissal of the accusatory instrument rather than vacatur of the plea, and she expressly requests this Court to affirm the conviction if it does not grant a dismissal. Because we do not find that dismissal would be appropriate, we affirm on this basis as well (see e.g. People v Teron, 139 AD3d 450 [2016]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 10, 2019